JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

ZACHARY CAIN
State Bar No. 020396
Asst. Federal Public Defender
Attorney for Defendant
Zachary_Cain@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Jose Luis Verdugo,<br><br>                    Defendant. | No. CR-22-00920-PHX-DJH<br><br>**SENTENCING MEMORANDUM**<br><br><br>Sentencing Hearing Set<br>July 11, 2023 at 2:30 p.m. |

The Court will sentence Defendant Jose Luis Verdugo following his guilty plea to False Statement During the Purchase of a Firearm.  The Presentence Investigation Report calculates a sentencing cap of six months imprisonment. PSR at 13.  The Defendant's sentencing guideline calculation places him in Zone B. PSR at ¶57.  The sentencing guidelines note that a probation sentence is appropriate in Zone B cases if the Court sentences a defendant to community confinement or home detention. *See* U.S.S.G. §§ 5B1.1(a)(2) and 5C1.1(c)(3).

The Defendant requests the Court consider imposing a sentence of probation to include a term of home confinement.  The Defendant has no prior criminal convictions or arrests.  He is employed and currently supports his family.  He has

1

complied with the Court's release terms during the pendency of the case. He has demonstrated respect for the Court's orders. His history indicates that he will comply with conditions of supervision. A probation sentence would be sufficient but not greater than necessary to comply with the sentencing factors in 18 U.S.C. §3553(a).

Respectfully submitted:   June 21, 2023.

JON M. SANDS
Federal Public Defender

 s/*Zachary Cain*
ZACHARY CAIN
Asst. Federal Public Defender

2